| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X NancyLain ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name)  Nancy Cain<br>C. Date of Delivery 3/16/06 |
| 1. Article Addressed to:<br><br>Leura Garrett Canary<br>U. S. Attorney's Office<br>P. O. Box 197<br>Montgomery, AL 36101-0197 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>2:04CV210-MEF<br>to 30<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0002 3465 0061 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540