**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

April 6, 2005

# NOTICE OF CORRECTION

FROM:     Clerk's Office

Case Style:   United States of America v. Cheatham

Case No.:   2:06cv210-MEF
            Document 5 Affidavit of Donald G. Madison

This Notice of Correction was filed in the referenced case this date to enter the corrected signature page into the record. A copy of the corrected Affidavit is attached to this Notice.

Case 2:06-cv-00210-MEF-CSC    Document 6    Filed 04/06/2006    Page 2 of 2