```
IN THE UNITED STATES DISTRICT COURT FOR
       THE MIDDLE DISTRICT OF ALABAMA
                NORTHERN DIVISION


UNITED STATES OF AMERICA


        Vs.             CR. NO. 02-07-N

JIMMY CARTER, JR. and
ARTRONE CHEATHAM

        *   *   *   *   *   *   *   *

                   JURY TRIAL

        *   *   *   *   *   *   *   *

        Before Hon. Mark E. Fuller, Judge,
        and a Jury, at Montgomery, Alabama,
        Commencing on June 16, 2003

        *   *   *   *   *   *   *   *

            VOL. I (June 16, 2003)

APPEARANCES: For the Government: Todd A. Brown,
                        Assistant U.S. Attorney
        For the Defendant, Carter: Maurice S. Bell,
                        Attorney at Law Federal
        For the Defendant, Cheatham: Donald G. Madison,
                        Attorney at Law
```

Page 2

```
                        INDEX
                                        Page
Opening Statements:

 By The Court:                           6
 By Mr. Brown:                          17
 By Mr. Bell:                           22
 By Mr. Madison:                        24

                 INDEX OF WITNESSES

Government's Witnesses:                 Page

WALLACE SALARY

Direct Examination by Mr. Brown:         27
Cross-Examination by Mr. Bell:           37
Cross-Examination by Mr. Madison:       164
Redirect Examination by Mr. Brown:      203
Recross-Examination by Mr. Bell:        206
Recross-Examination by Mr. Madison:     243

MICHAEL DARDEN

Direct Examination by Mr. Brown:        246
Cross-Examination by Mr. Bell:          293
Cross-Examination by Mr. Madison:       332
Recross-Examination by Mr. Bell:        342

LYNN GRIFFIN

Direct Examination by Mr. Brown:        268
Cross-Examination by Mr. Bell:          280
Cross-Examination by Mr. Madison:       287
Recross-Examination by Mr. Bell:        291

G.P. SHIRLEY

Direct Examination by Mr. Brown:        343
Cross-Examination by Mr. Bell:          351
Cross-Examination by Mr. Madison:       411

ROBERT THORNTON

Direct Examination by Mr. Brown:        419
Cross-Examination by Mr. Bell:          424
Cross-Examination by Mr. Madison:       430
```

Page 3

```
            INDEX OF WITNESSES (CONT'D)

Government's Witnesses:                 Page

GENE SISSON
Direct Examination by Mr. Brown:        434
Cross-Examination by Mr. Madison:       567
Cross-Examination by Mr. Bell:          606

Closing Arguments:

By Mr. Brown:                           712

By Mr. Madison:                         722

By Mr. Bell:                            730

By Mr. Brown:                           741

Jury Charge:                            746

Carter Verdict Read:                    779

Cheatham Verdict Read:                  795

Reporter's Certificate:                 800
```

Page 4

  (The above case coming on for trial at Montgomery, Alabama, June 16, 2003, before Honorable Mark E. Fuller, Judge, and a Jury, the following proceedings were had on June 16, 2003, commencing at 10:15 a.m.:)

  THE COURT: Good morning, ladies and gentlemen. Mr. Brown, do you have something you need to bring to the Court's attention?

  MR. BROWN: Can I bring some things to the Court, Your Honor?

  THE COURT: You may.

  MR. BROWN: Thank you. (complies)

  THE COURT: Has the jury been sworn?

  THE CLERK: No, sir.

  THE COURT: Ladies and gentlemen, I assure you that there will be times that as we go through it will seem as if we are not being as productive as it seems to you as you sit back in the jury room, but we are going to try to make your stay as comfortable as we can, and I assure you that in your absence we will be working on things that we have to take up outside of your presence. We have been working this morning to try to make the time more expedient or the testimony that you are going to hear in this case, and as we get started this morning the first thing I would like you to do is stand and take your oath as jurors.

  THE CLERK: Raise your right hand. You, and each of

Page 25

1 conspiracy that they are trying to advance in front of y'all.
2 And after you hear the evidence and after you have had an
3 opportunity to judge those witnesses who are going to try to
4 connect my client in some way with a conspiracy with Mr.
5 Carter, then I think you are going to have no other
6 alternative but to find my client not guilty of the
7 conspiracy.
8      Mr. Carter is going to be not guilty of the
9 conspiracy because the proof is going to fail there as well.
10 Neither one of those gentlemen reached any kind of agreement
11 to perform any kind of conspiracy to distribute or sell crack
12 cocaine. And that's something else that's going to be very
13 important during your deliberations and as you are listening
14 to the evidence. They are charged with selling or conspiring
15 to sell crack cocaine, not powder cocaine.
16      Now, you need to remember that because some of their
17 witnesses are going to get up here and some of these persons
18 who have been convicted in the past are going to try to talk
19 about a lot of powder cocaine. That's not what they are
20 charged with, that has nothing to do with my client. The
21 indictment charges him with distributing crack cocaine. He
22 hasn't distributed any crack cocaine or any cocaine
23 hydrochloride as well. Judge those witnesses, look them in
24 the eyes, determine whether they are trying to tell you the
25 truth or whether they are lying on the stand. That's going to

Page 26

1 be y'all's job is to determine their credibility.
2      Now, as Judge instructed you, the burden is on the
3 government to prove beyond a reasonable doubt that my client
4 is guilty. Now, it's going to be difficult for all of you
5 sitting here listening to the evidence this week to separate
6 the two Defendants, but you have got two Defendants there,
7 and as you hear the evidence the Judge has instructed you
8 some of those counts are going to deal with one of the
9 Defendants so you have got to make up your mind whether Mr.
10 Carter is guilty or not guilty of some of the possessory
11 counts that he has been charged with.
12      You have got to put a wall up between the two
13 Defendants when you are looking at this evidence. On one side
14 you have got Mr. Carter and one side you have got Mr.
15 Cheatham. When you evaluate the evidence that's been
16 presented to you you have got to separate them for the
17 purpose of deciding whether the Defendants are guilty or not
18 guilty.
19      One count only applies to my client. Counts two
20 through five have nothing to do with my client and those are
21 the only counts that any physical evidence is going to be
22 presented to you. And I want you to remember that when it
23 comes time to render a verdict in this case. Thank you very
24 much.
25      THE COURT: Mr. Brown, is the government prepared to

Page 27

1 call its first witness?
2      MR. BROWN: Yes, Your Honor, the government calls
3 Wallace Salary.
4      THE CLERK: You do solemnly swear or affirm that the
5 testimony you give in the trial of this cause to be the
6 truth, the whole truth, and nothing but the truth, so help
7 you God.
8      THE WITNESS: Yes, ma'am.
9      THE COURT: Mr. Salary, if you will scoot up and
10 adjust the microphone so that you can speak in there and the
11 ladies and gentlemen of the jury can hear you. And ladies and
12 gentlemen, if there comes a point where you can not hear the
13 witness or the attorneys, if you will just get my attention
14 and we will make sure that they speak up so that you can hear
15 what they have to say at any time during the trial.
16      MR. BROWN: Thank you, Your Honor.
17      WALLACE SALARY, witness for the Government,
18 having been duly sworn or affirmed, testified as follows:
19           DIRECT EXAMINATION
20 BY MR. BROWN:
21 Q. Would you tell the jury your name, please.
22 A. Wallace Salary.
23 Q. Mr. Salary, you are currently incarcerated; is that
24 correct?
25 A. Yes, sir.

Page 28

1 Q. Where?
2 A. Talladega.
3 Q. What is the basis of you being incarcerated?
4 A. I got convicted for a drug conspiracy.
5 Q. Is that a federal conspiracy?
6 A. Federal charges.
7 Q. You also had some earlier convictions in state court; is
8 that correct?
9 A. Yes, sir.
10 Q. What are those?
11 A. Receiving stolen property, shooting into an unoccupied
12 vehicle and possession of marijuana.
13 Q. Now, you and I have talked previously; is that right?
14 A. Yes, sir.
15 Q. And part of the reason that you are here to testify
16 today is anticipating some sort of reduction in your federal
17 sentence; is that right?
18 A. Yes, sir.
19 Q. But based on what we have talked about before you
20 understand that you are here and you are under oath and you
21 are to tell the truth; is that correct?
22 A. Yes, sir.
23 Q. And you are going to do that today?
24 A. Yes, sir.
25 Q. Do you know someone by the name of Jimmy Carter?

Page 29

1  A. Yes, sir.
2  Q. When did you meet Jimmy Carter?
3  A. About early part of '95.
4  Q. '95?
5  A. Yes, sir.
6  Q. How did that come about, you meeting him?
7  A. Well, me and Jimmy met through a guy named Columbus
8  Byrd.
9  Q. What was the nature of that meeting?
10 A. Well, I was -- met Columbus Byrd he was buying cocaine
11 from me back in '95 and he brought Jimmy Carter to --
12      MR. BELL: Your Honor, may I object and ask to
13 approach the bench, please?
14      THE COURT: State your grounds, Mr. Bell. State
15 your grounds.
16      MR. BELL: Your Honor, I believe the indictment
17 states that this conspiracy or whatever acted in '99 to the
18 year 2002. He is testifying as to events that occurred in
19 '97.
20      THE COURT: I think he testified that he first met
21 Mr. Carter in 1995.
22      MR. BELL: Yes, but he also just stated that he met
23 him by giving him cocaine in '97.
24      THE COURT: Objection overruled. I am sure that if
25 you listen to the facts about what was alleged in the

Page 30

1  indictment --
2       MR. BROWN: Thank you.
3  Q. You were talking about meeting with Christopher Columbus
4  Byrd and that he was buying drugs from you?
5  A. Yes, he was buying drugs at that time.
6  Q. Okay. Please continue. You were talking about the
7  meeting.
8  A. When I first met Columbus Byrd he started buying drugs
9  from me and then I started fronting him drugs and he ran off
10 with the money. But in the process he had brought Jimmy
11 Carter as another person that were buying dope from me at the
12 time too.
13 Q. Let me stop you for just a second because some of the
14 jurors are not going to understand some of the terms. When
15 you say front someone drugs what does that mean?
16 A. That means he didn't have to pay me until after he sold
17 it.
18 Q. So he would get drugs from you and then would pay for
19 them later?
20 A. Pay for them two or three days later.
21 Q. Okay. At some point you said that Christopher Byrd
22 brought Jimmy Carter to you?
23 A. Yeah, he brought Jimmy Carter along with him to sell
24 drugs at the time. But I was looking for people to sell
25 drugs for me to keep me from being out there to sell it

Page 31

1  myself, so I always got somebody else to sell it for me. So
2  Columbus came first and then he brought Jimmy along with him.
3  And I started fronting -- after Columbus ran off with the
4  money I started fronting dope to Jimmy.
5  Q. What kind of quantities are we talking about when y'all
6  first started talking with each other?
7  A. When I first started dealing it was one or two ounces
8  and then it went up to half a keys and kilos.
9  Q. How much would you sell one to two ounces to Jimmy
10 Carter for?
11 A. A thousand dollars apiece.
12 Q. And how much would you sell a kilogram or -- you said a
13 half kilogram?
14 A. Half a key would be 15 thousand.
15 Q. You said that started in 1997, when -- how long did it
16 take to go from the one or two ounces up to the half a
17 kilogram?
18 A. Not long, seems like in maybe between three and four
19 months, took that long, then moved up, gradually moved up
20 until he started getting a half a key. I didn't want to keep
21 coming back and forth to the project he was in so he wouldn't
22 have to come back as many times.
23 Q. When you were saying that he was getting the half a key
24 or half a kilogram quantities at 15 thousand dollars apiece,
25 how often would that happen, how many times a week or a month

Page 32

1  would that happen?
2  A. Sometimes it would happen like he would come twice a
3  week. That what made me start giving him the whole keys, he
4  was coming so fast so I figured he needed more so I started
5  giving him the whole key at the time. Then it would take him
6  a week to sell that, then I moved him up to two.
7  Q. Two keys?
8  A. Two keys, yeah.
9  Q. Would you give any kind of price break on two keys or
10 would you -- how much would you sell it for?
11 A. I would still sell it for 30 thousand dollars because
12 they had a little thing they had going on, when they cooked
13 the dope where they blow it up to -- say if I take 28 grams
14 of powder and put it in a cup and put it in the microwave and
15 put baking soda and cook it up I could stretch it, instead of
16 28 grams it would be 42 grams.
17 Q. So explain -- and I am going to take a step back, you
18 said cook it up and that's that process you described about
19 putting it in the microwave?
20 A. What you do is change it from the powder form to crack
21 form.
22 Q. And when you did that it would increase the size?
23 A. Yeah, increase the size to stretch it to a larger amount
24 of crack.
25 Q. Is that also what you mean by blowing it up?

Page 33

1  A. Yeah, blowing it up is the same thing.
2  Q. At some point in time did -- well, let me just fast
3  forward to 1999, the year of 1999, were you still dealing
4  with Mr. Carter at that time?
5  A. Yes, sir.
6  Q. Were you dealing with anyone else?
7  A. Yeah, Mr. Cheatham.
8  Q. Explain your relationship with Mr. Carter and Mr.
9  Cheatham as it relates to the drug business.
10 A. After a while I needed more people to sell dope for me,
11 so Cheatham had came to me a while back and inquired about me
12 fronting him some dope and I told him when I got ready to get
13 back into the game I would let him know. So when he heard
14 about Jimmy getting the dope from me he came to me too, so I
15 let him come two or three times by himself and me and him
16 made the arrangement he would let Jimmy pick the dope up and
17 Jimmy would bring the money. Jimmy was like the in-between
18 man, he would get the dope and take it to Moochie. Moochie,
19 that's Cheatham's nickname, and he would take the money back
20 as well.
21 Q. You mentioned two or three times that Mr. Cheatham came
22 by himself. What kind of quantities are we talking about
23 there?
24 A. Kilo.
25 Q. Each time one kilo?

Page 34

1  A. Yes. Sometimes during the first of the month they would
2  come -- sometimes they would sell a key in a day, so, you
3  know, by them selling a key in a day sometimes they would
4  come two or three times that week just for one kilo.
5  Q. Okay. Mr. Cheatham came directly two or three times
6  himself but Mr. Carter came on the other occasions?
7  A. Yeah, because there was too much traffic and the place I
8  was in was near my mom's house and she was kind of getting --
9  didn't want us around there so I like cut down on the traffic
10 and just let him come by himself.
11 Q. Okay. In 1999 what were you actually selling to Mr.
12 Carter and Mr. Cheatham, was it cocaine powder or cocaine
13 hydrochloride?
14 A. It was sort of like both. Sometimes I would run out and
15 I would have to buy from somebody that was right there in
16 town. So if it was already ready I would give them -- just
17 give it to them already cooked up, if not, me and Jimmy would
18 sit down in my office and cook it up ourself.
19 Q. How often did that happen?
20 A. How often?
21 Q. That you would cook it up yourself?
22 A. The majority of the time, you know, I can't -- about
23 maybe 30 or 40 times we did that ourself, sit down at my
24 house or in my office or at my brother's house and we would
25 start at 8:00 o'clock in the morning and didn't get finished

Page 35

1  until 3:00 o'clock in the afternoon cooking up two or three
2  keys.
3  Q. Okay. Was there ever a time that you had sold cocaine
4  powder in that form or did you always either buy it hard or
5  cook it up and make it hard?
6  A. Most of the time I bought it and we cooked it up and
7  make it hard. A few times I had to buy it it was already
8  ready when my supplier hadn't made it to town and make sure
9  they have kept everything going we bought some from somebody
10 else to keep them going.
11 Q. You said getting it from your main supplier, who was
12 your main supplier?
13 A. A lady by the name of Mary Mitchell out of Miami.
14 Q. Miami, Florida?
15 A. Miami, Florida, yes, sir.
16 Q. Overall during the year of 1999 how many times would you
17 say that you sold or how many keys would you say you sold to
18 Mr. Carter and Mr. Cheatham?
19 A. Well, between the both of them I would say between -- 60
20 keys. Both of them would have come about 30 -- between 30
21 apiece.
22 Q. And each of those times you are selling them for 30?
23 A. 30 thousand apiece.
24 Q. Now, in regards to Mr. Cheatham, did you also have
25 another place where you would meet with him fairly

Page 36

1  frequently?
2  A. Most of the time I would see him at the car auction.
3  Both of us had dealer license and when I would be at the
4  auction I would see him. He would tell me whether it was good
5  or bad, they needed some more of that, or can I get some more
6  of that kind of dope or whatever, you know.
7  Q. Did you -- did you prefer to discuss those drug
8  transactions at the auction?
9  A. No, I didn't. Most of the time I just tell him to refer
10 to Jimmy and let Jimmy know what was going on and he would
11 let me know.
12    MR. BROWN: May I have just a minute, Your Honor?
13    THE COURT: Yes.
14 Q. You said something a minute ago and I forgot to ask you
15 about it. You mentioned when you started moving up in
16 quantities with Mr. Carter and you mentioned a housing
17 project.
18 A. Well, the same place I really met him and Mr. Byrd at in
19 Tulane Court.
20 Q. Do now specifically where that was?
21 A. Over here off High Street somewhere.
22 Q. Okay. Do you know the number of the residence?
23 A. I don't know the number of the residence, but a female
24 that Jimmy was living with by the name of Nicole at that
25 time, that's where we used to meet at her house.