Case 2:06-cv-00210-MEF-CSC   Document 7-5   Filed 04/14/2006   Page 1 of 1

EXHIBIT "X-12" Filed 03/03/2006   Page 22 of 25
Case 2:06-cv-00210-MEF-CSC   Document 2-2
Case 2:05-cv-01016-MEF-CSC   Document 2-3   Filed 10/24/2005   Page 1 of 4

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
JUN 19 2003
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR. NO. 02-07-N |
| | ) | |
| ARTRONE CHEATHAM, | ) | |
| a/k/a "MOOCHIE" | ) | |

### VERDICT

1. We, the Jury, find the Defendant Artrone Cheatham:

   _____ Not Guilty
   \_\_\_X\_\_\_ Guilty

   as charged in Count One of the superseding indictment.

   [NOTE: If you find the Defendant "Guilty" as charged in Count One, proceed to paragraph 1(a) below. If you find the Defendant "Not Guilty" as charged in Count One, you need not consider paragraph 1(a) below, but should proceed to date and sign the verdict.].

1(a). We, the Jury, having found the Defendant guilty of the offense charged in Count One, further find with respect to that Count that he conspired to possess with intent to distribute the following controlled substance in the amount shown (place an X in the appropriate box):

   Cocaine base ("crack" cocaine) - -
   (i)   Weighing 50 grams or more       ☒
   (ii)  Weighing 5 grams or more        ☐
   (iii) Weighing less than 5 grams      ☐

SO SAY WE ALL.

Date: 19 June 03                               _Betty Johnson_
                                                  Foreperson

257