ARTRONE CHEATHAM
REGISTER NO. #11101-002
FEDERAL CORRECTIONAL COMPLEX-LOW
P.O. BOX 9000
FORREST CITY, AR 72336-9000

RECEIVED

April 25, 2006

2006 APR 28 A 10: 10

United States District Court
For the Middle District of Alabama
Northern Division
Montgomery, Alabama  36104

CIVIL ACTION NO. 2:06cv210-MEF

RE: Failure of the Assistant United States Attorney, Todd A. Brown,
to provide a copy of the government's response to defendant
Artrone Cheatham; in order for the Movant/Defendant to reply
to the response by the Court's Order date of May 5, 2006.

Dear Clerk of the Court:

   This is an official notice, that should also serve as an official motion to the court, requesting that the Court order the respondent identified as the United States of America; to furnish a copy of the Government's response to his recently filed 28 U.S.C. §2255 motion.

   In an order from the Court that was dated on April 14, 2006; the Court instructed the Movant that the response of the government had been filed; and that the Movant officially had to the date of May 5, 2006, to reply to the Government's response. In the Order from the Court, it briefly stated what the government's objections were; and the procedure that would need to be utilized by the Movant in order to rebut the government's response.

   The Order of the Court arrived at this institution on 4/18/06; however, as of this date the response from the government has not arrived at the institution; and is in violation of the rules of the Certificate of Service as identified by the Federal Rules of Criminal Procedure.

   Due to the delay in the Government sending a copy of the response to the Movant; the May 5, 2006, date should be extended to reflect the Movant having ample time as according to the rules of criminal procedure to reply to the Government's response. The Movant request's an additional 21 days from the Government's submittal of the response, that would effectively move the May 5, 2006 date to May 26, 2006. Thank you for your help and assistance in this endeavor.

Sincerely yours,

Artrone Cheatham 4-25-06
Artrone Cheatham, #11101-002
Movant/Defendant, Pro Se

## CERTIFICATE OF SERVICE

I, Artrone Cheatham, Movant/Defendant--Pro Se, do hereby certify and affirm that a true copy of the foregoing instrument resquesting the Court to Order the Government to provide the Movant with a copy of the Government's response to his 28 U.S.C. §2255 motion to vacate, set aside, or correct sentence; was mailed on the 25, day of April 2006, by way of first class postage prepaid mail to the following:

Honorable Todd A. Brown
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
Post Office Box 197
Montgomery, Alabama 36104

RESPECTFULLY SUBMITTED,

*Artrone Cheatham*  04-25-06
Artrone Cheatham, Movant/Defendant-Pro Se
Register NO. #11101-002
Federal Correctional Complex-Low
P.O. Box 9000
Forrest City, AR  72336-9000

-2-