IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06cv210-MEF |
| | ) | |
| ARTRONE CHEATHAM | ) | |

**ORDER ON MOTION**

On April 28, 2006, the movant, Artrone Cheatham, filed a document with this court (Doc. # 9) in which he maintains that he has not received a copy of the government's response to the claims presented in his § 2255 motion, asks this court to order the government to furnish him with a copy of its response, and requests an extension of time to file a reply to the government's response. This court construes the document filed by Cheatham to contain a motion for extension of time. Accordingly, and for good cause, it is ORDERED that:

1. On or before May 8, 2006, the government, if it has not already done so, shall furnish Cheatham with a copy of its response (Doc. # 7), and all supporting exhibits, filed in this court on April 14, 2006.

2. To the extent that Cheatham requests in the instant motion (Doc. # 9) an extension of time to file a reply to the government's response to the claims presented in his § 2255 motion, Cheatham's motion is GRANTED.

3. Cheatham is GRANTED an extension from May 5, 2006, to and including May 28,

2006, to file a reply to the government's response to his § 2255 motion in compliance with this court's order entered on April 14, 2006.

Done this 1st day of May, 2006.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE