IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Civil Action No. 2:06cv210-MEF |
| | ) |
| ARTRONE CHEATHAM | ) |

**ORDER ON MOTION**

On July 9, 2007, the movant, Artrone Cheatham, filed a motion for leave of court to conduct discovery (Doc. No. 12). Upon consideration of this motion, and for good cause, it is

ORDERED that the motion be and is hereby DENIED.

Done this 17th day of August, 2007.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE