IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-0210-MEF |
| | ) |
| ARTRONE CHEATHAM | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

This cause is before the Court on the plaintiff's Objection to Magistrate's Order (Doc. #14) filed on August 27, 2007. Specifically, plaintiff objects to the Magistrate Judge's order of August 17, 2007 (Doc. #13) denying plaintiff's motion for leave to conduct discovery. After an independent review of the petitioner's motion, the Magistrate Judge's order, and the plaintiff's objection, the Court finds that the Magistrate Judge's order is neither clearly erroneous, nor contrary to law. *See* Fed. R. Civ. P. 72(a). Therefore, it is hereby

ORDERED that plaintiff's objection (Doc. #14) is OVERRULED. It is further ORDERED that this case is REFERRED back to the Magistrate Judge for appropriate action.

DONE this the 30th day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE