IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 DEC 26  A 10: 05

UNITED STATES OF AMERICA,                )
    RESPONDENT,                           )
                                          )
                                          )
                                          )
VS.                                      )   CIVIL NO. 2:06-CV-210-MEF
                                          )
                                          )
                                          )
ARTRONE CHEATHAM,                        )
    PETITIONER,                           )
                                          )

**PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO
OBJECT TO THE MAGISTRATE'S RECOMMEDATION**

**COMES NOW**, Artrone Cheatham, herein Petitioner/Movant, Pro-se, and respectfully moves this Honorable Court for an extension of time in order to submit objections to the Magistrate's report and recommendation that Petitioner's Motion To Vacate, Set Aside and/or Correct a federal sentence be denied. And for grounds in support of this request for an extension of time, Movant state and show the following;

    1.    Movant filed a Motion to vacate, set aside or correct a sentence by a federal prisoner pursuant to **28 U.S.C. § 2255** on March 1, 2006.

    2.    The Government sumitted it's response to Movant's pleading under **28 U.S.C. § 2255** on April 14, 2006. Where the same claimed that Movant's grounds for relief were either procedurally barred or the grounds Movant asserted were without meit.

3. The United States Magistrate Judge, Charles S. Coody sumitted his report and recommendation, requesting that Movant's motion under **28 U.S.C. § 2255** be denied on or about December 13, 2007.

4. Movant cannot receive electronically sent pleadings at the institution where he is currently incarcerated, and Movant did not actually receive the Magistrate's recommendation until december 18, 2007.

5. The Magistrate's deadline date is set for December 26, 2007. Which only allow Movant four days to research, draft and prepare his objections, due to all the libraries being closed for the holiday season.

6. Additionally the mail outgoing as well as incomming is extremely slow at the institution during these holiday events, for security reasons. Therefore it is highly unlikely that Movant can meet the scheduled deadline.

7. It should also be noted that Officer Cox at the institution logged the Magistrate's recommendation in his register and invite inquiry by the officers of this Court.

This request for an extesion of time in order to object to the Magistrate's recommendation is made in good faith and not for any unnecessary or unwarranted reasons. Therefore, Movant respectfully request an extention of time of 10 days to submits his objections.

Respectfully Submitted

_/s/ Artrone Cheatham_
Artrone Cheatham

2

## CERTIFICATE OF SERVICE

The undersigned Pro-se, litigant hereby certifies that he has caused one original and two true and correct copies of the foregoing document, in the nature of ( Petitioner's Request For An Extension of Time To File Ojections To The Magistrate's Recommendation ) to be served upon Debra P. Hackett / Clerk at the United States Courthouse One Church Street, ( Zip 36104 ), Post Office Box 711 Montgomery, Alabama 36101-0711 by way of the United States Postal Service.

This 20 Day Of December 2007

Artrone Cheatham
Reg. No. 11101-002
Federal Corrections Complex
Post Office Box 9,000
Forrest City, Arkansas 72336