IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Civil Action No. 2:06cv210-MEF |
| ) | |
| ARTRONE CHEATHAM ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time to file objections to the Recommendation of the Magistrate Judge filed by the petitioner on December 20, 2007 (Doc. No. 17), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the petitioner be and is hereby GRANTED an extension from December 26, 2007, to and including January 9, 2008, to file his objections to the Recommendation entered on December 13, 2007.

Done this 7th day of January, 2008.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE