IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-0210-MEF |
| | ) |
| ARTRONE CHEATHAM | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The defendant's Objection to the Magistrate Judge Recommendation (Doc. #18) filed on January 4, 2008 is overruled;

(2) The Recommendation of the United States Magistrate Judge entered on December 13, 2007 (Doc. #16) is adopted;

(3) The 28 U.S.C. § 2255 motion filed by the defendant is DENIED, as the claims therein entitle him to no relief.

DONE this the 30th day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE