IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| ARTRONE CHEATHAM,<br>MOVANT, | ) <br>) <br>) | |
| VS. | ) | CIVIL NO. 2:06-CV-210-MEF |
| UNITED STATES OF AMERICA,<br>RESPONDENT, | ) <br>) <br>) <br>) <br>) | |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE,** that Movant/Cheatham herein notify this Honorable Court of Movant's intent to Appeal to the Eleventh Circuit Court of Appeals the final **Order** of the Chief United States Magistrate Judge, Charles S. Coody, filed on August 17, 2007. Which denied the Movant's request for leave and/or grant of discovery. Considering, the Magistrate Judge did not give any reasoning for his decision, and the presiding District Judge did not distrurb the Magistrate's report and reccommendation to deny Movant's request for discovery. Therefore the Magistrate's recommendation became a final order pursuant to the Federal Rules of Civil Procedure, **72(a) and** subject to appeal.

Respectfully Submitted

_Artrone Cheatham_
Artrone Cheatham

**CERTIFICATE OF SERVICE**

The undersigned Pro-se, litigant hereby certifies that he has caused one original and two true and correct copies of the foregoing pleading, in the nature of ( Notice Of Appeal ) to be served upon the Clerk Of the Court for the United States District Court for the Middle District of Allabama, Northern Division, at Post Office Box 711, by way of the United States Postal Service.

This 5 Day of Feb ,2008

                                           Artrone Cheatham
                                           Reg. No. 11101-002
                                           Federal Corrections Complex
                                           Post Office Box 9000
                                           Forrest City, Arkansas 72336

7006 0810 0005 3660 0523



U.S. POSTAGE PAID
FORREST CITY, AR
72335
FEB 08, 08
AMOUNT
$0.00
00046805-03

Name Artrone Cheatham
Reg # 11161-002
Federal Correctional Complex (Low)
P.O. Box 9000-Low
Forrest City, AR 72336

FEDERAL CORRECTIONAL INSTITUTION MEDIUM
DATE 2-7-08
THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

Clerk Of The Court
Debra Hackett
United States District Court
Middle District Of Alabama
Post Office Box 711
Montgomery, Alabama 36101-0711