Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

February 19, 2008

**Appeal Number: 08-10707-D**
Case Style: Artrone Cheatham v. USA
District Court Number: 06-00210 CV-2-MEF

TO:   Artrone Cheatham (11101-002)

CC:   Debra P. Hackett

CC:   Leura Garrett Canary

CC:   Todd A. Brown

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

February 19, 2008

Artrone Cheatham (11101-002)
FCI Forrest City
1400 DALE BUMPERS DR
PO BOX 9000
FORREST CITY  AR  72336-9000

**Appeal Number: 08-10707-D**
Case Style: Artrone Cheatham v.  USA
District Court Number:  06-00210 CV-2-MEF
SECONDARY CASE NO: 02-00007-CR-N

The referenced case has been docketed in this court.  Please use the appellate docket number noted above when making inquiries.  Upon receipt of the district court's order concerning whether a certificate of appealability will be issued, we will advise you of further requirements.

Upon entry of an order regarding a certificate of appealability and/or leave to proceed in forma pauperis on appeal, the district court clerk is requested to forward a copy of that order and a copy of the page of the district court docket sheet reflecting entry of that order.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir R. 46-1, et seq.  An attorney not yet properly admitted must file an appropriate application for admission within fourteen (14) days from this date.  In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days from this date.  Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov.  The clerk may not accept motions or other filings from an attorney until that attorney files an appearance form.  See 11th Cir. R. 46-5.

Pursuant to Eleventh Circuit Rule 42-1(b) appellant is hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed without further notice by the clerk unless the $450 docket and $5 filing fees (total of $455) is paid to the **DISTRICT COURT** clerk, with notice to this office, or appellant requests leave to proceed in forma pauperis on appeal in the district court [See Fed.R.App.P 24(a)].  A form which may be filed in the district court to accomplish this is enclosed.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183

c: District Court Clerk

Encl.

HAB-1 (11-2007)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
UNITED STATES COURTHOUSE
MONTGOMERY, ALABAMA

**February 13, 2008**

DEBRA P. HACKETT
CLERK

MAILING ADDRESS:
P. O. Box 711
MONTGOMERY, AL 36101
(334)954-3610

*[Stamp: U.S. COURT OF APPEALS RECEIVED CLERK FEB 15 2008 ATLANTA, GA.]*

Thomas K. Kahn, Clerk
United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Re:   District Court No. 2:06-cv-00210-MEF

Court of Appeals No.
**08-10707 D**

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

☒   Certified copy of NOTICE OF APPEAL, docket entries, judgment and opinion/order appealed from.

☒   First Notice of Appeal:   Yes ☒   No ☐   Other notices (dates): ___

☐   Other:

☒   The Judge or Magistrate Judge appealed from is: **CHIEF JUDGE MARK E. FULLER**

☐   The Court Reporter (s) is/are: _

☒   A hearing was not held in the case.   ☐ An **audio tape** is available for transcription of the court hearing

☐   The appellant DOCKET FEE has been paid:   Yes ☐ No ☐ Date paid:

☒   Motion for Certificate of Appealability and/or leave to proceed in forma pauperis is pending.

☐   Appellant has been Granted ☐ or Denied ☐ leave to appeal IFP [In Forma Pauperis]
    **Enclosed:** certified copy of Order & an updated docket sheet

☐   Appellant has been Granted ☐ or Denied ☐ the issuance of a Certificate of Appealability
    **Enclosed:** certified copy of Order & an updated docket sheet

☐   Copy of CJA form / order appointing counsel.

☐   Certified record on appeal consisting of : __Volume(s) of pleadings; ___ PSI (s); _ Volume(s) of transcript; _ Folder(s) of exhibits/depositions; ___ Supplemental file(s)

☐   ORIGINAL PAPERS:__Volume(s) of pleadings;   ____ Volume(s) of transcript;   ____ folders

☐   This is an appeal of a bankruptcy order.   Bankruptcy Judge _____

☐   This is a DEATH PENALTY appeal.

Very truly yours,

Donna Norfleet
Deputy Clerk

cc: Court file