Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

March 04, 2008

**Appeal Number: 08-10707-D**
Case Style: Artrone Cheatham v. USA
District Court Number: 06-00210 CV-2-MEF

TO:   Artrone Cheatham (11101-002)

CC:   Debra P. Hackett

CC:   Leura Garrett Canary

CC:   Todd A. Brown

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 04, 2008

Artrone Cheatham (11101-002)
FCI Forrest City
1400 DALE BUMPERS DR
PO BOX 9000
FORREST CITY  AR  72336-9000

**Appeal Number: 08-10707-D**
Case Style: Artrone Cheatham v. USA
District Court Number:  06-00210 CV-2-MEF
SECONDARY CASE NO: 02-00007-CR-N

We have received a copy of the order of the district court declining to issue a certificate of appealability.  Rule 22(b) of the Federal Rules of Appellate Procedure provides in part:

> If the district judge has denied the certificate, the applicant may request a circuit judge to issue the certificate.  A request addressed to the court of appeals may be considered by a circuit judge or judges, as the court prescribes.  If no express request for a certificate is filed, the notice of appeal constitutes a request addresssed to the judges of the court of appeals.

The notice of appeal will be treated as a request for a certificate of appealability unless appellant files such a request within fourteen (14) days from the date of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183

This court has received and filed your motion to proceed in forma pauperis.

c: District Court Clerk

HAB-3 (04-2005)